# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

| | |
|---|---|
| BRIANNE DRESSEN, an individual, <br><br> Appellee, <br><br> v. <br><br> ASTRAZENECA AB; ASTRAZENECA PHARMACEUTICALS LP; and VELOCITY CLINICAL RESEARCH, INC., <br><br> Appellants. | Case No. 24-4114 <br><br> Appeal from the United States District Court for the District of Utah <br><br> Case No. 2:240cv000337-RJS-CMR <br><br> Judge Robert J. Shelby <br><br> Magistrate Judge Cecilia M. Romero |

## MOTION TO WITHDRAW AS COUNSEL (ANIKKA T. HOIDAL)

Pursuant to Rule 46.4(C) of the Tenth Circuit Local Rules, Anikka T. Hoidal ("Hoidal"), counsel for Appellee Brianne Dressen Kammok Holdings, LLC, seeks to withdraw as counsel. Good cause exists for the withdrawal of Hoidal because as of October 2, 2025, she will cease working at the law firm of Marshall Olson & Hull ("MOH"). Jason R. Hull of MOH and Aaron Siri, Michael Connett, and Catherine Cline of the law of firm of Siri & Glimstad LLP will remain as counsel for appellee and are aware of all deadlines and oral argument.

DATED this 2nd day of October, 2025.

| | |
|---|---|
| **MARSHALL OLSON & HULL** | **SIRI & GLIMSTAD LLP** |
| /s/ *Anikka T. Hoidal* | Michael Connett |
| Jason R. Hull | 700 S. Flower St., Ste. 1000 |
| Anikka T. Hoidal | Los Angeles, CA 90017 |
| 10 Exchange Place, Ste. 350 | 888.747.4529 |
| Salt Lake City, UT 84111 | mconnett@sirillp.com |
| 801.456.7655 | |
| jhull@mohtrial.com | Aaron Siri |
| ahoidal@mohtrial.com | 745 Fifth Ave., Ste. 500 |
| | New York, NY 10151 |
| | 888.747.4529 |
| | aaron@sirillp.com |
| | |
| | Catherine Cline |
| | 20200 West Dixie Highway, Ste. 902 |
| | Aventura, FL 90017 |
| | 888.747.4529 |
| | ccline@sirillp.com |

# CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of October 2025, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL (ANIKKA T. HOIDAL)** with the Clerk of Court using the CM/ECF system, which sent notice to all counsel of record.

*/s/ Anikka T. Hoidal*
Anikka T. Hoidal